UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
TIMOTHY K. KELLETT ) 4:14 MC 272 CDP

## ORDER

This Court has been advised by receipt of a certified copy of the April 23, 2014 order of the Supreme Court of Missouri, entered in In re: TIMOTHY K. KELLETT, Cause No. 94111, indicating that TIMOTHY K. KELLETT has been stricken from the roll of attorneys in the State of Missouri and disbarred, and has had his right and license to practice law in the State of Missouri terminated.

TIMOTHY K. KELLETT has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated May 22, 2014 directing TIMOTHY K. KELLETT to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served on Respondent by certified mail delivered to his last known address on May 27, 2014, and Respondent signed for same. [Doc. #3]. The record reflects that no response to the Order to Show Cause has been filed by Respondent within the time required by the Court. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on TIMOTHY K. KELLETT pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that TIMOTHY K. KELLETT be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 25th day of July, 2014.

**BY THE COURT:**

_____
Chief Judge Catherine D. Perry

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge John A. Ross

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw

_____
Senior Judge Jean C. Hamilton